# ADAMS & COMMISSIONG LLP

### ATTORNEYS AT LAW

65 Broadway Suite 715
New York, NY 10006
Tel: 212-430-6590
Fax: 212-981-3305

MARTIN E. ADAMS
KARLOFF C. COMMISSIONG
ADMITTED TO PRACTICE IN NEW YORK
WWW.AMCMLAW.COM

December 18, 2019

**APPLICATION GRANTED**
**SO ORDERED:**

Vincent L. Briccetti, U.S.D.J.
Dated: 12/19/19
White Plains, NY

**VIA ECF AND ELECTRONIC MAIL**

Hon. Vincent L. Briccetti
United States District Court Judge
300 Quarropas Street
White Plains, NY 10601-4150

Re: <u>United States v. Jesse Dabbs</u>, 19 Cr. 700 (VB) - Request for permission to have counsel stand in at January 3, 2020 court conference

Dear Judge Briccetti:

I write to request permission to have counsel stand in for me at the January 3, 2020 court conference. Mr. David Bertan, Esq., who represents Gustavo Gonzalez in this matter has consented to stand in on my behalf. I will be away with my family during the week of December 30, 2019, and will not return until after the January 3 conference. I have spoken with my client, Jesse Dabbs, and he has consented to Mr. Bertan standing in for me.

Accordingly, I request permission to have David Bertan, Esq. stand in for me at the January 3, 2020 court conference.

Respectfully Submitted,

Karloff C. Commissiong, Esq.

cc:   A.U.S.A. James Ligtenberg (Via Electronic Mail)
      A.U.S.A. Shiva Logarajah (Via Electronic Mail)