## ADAMS & COMMISSIONG LLP

ATTORNEYS AT LAW

| | |
|---|---|
| 65 BROADWAY SUITE 715<br>NEW YORK, NY 10006<br>TEL: 212-430-6590<br>FAX: 212-981-3305 | MARTIN E. ADAMS<br>KARLOFF C. COMMISSIONG<br>ADMITTED TO PRACTICE IN NEW YORK<br>WWW.AMCMLAW.COM |

> APPLICATION GRANTED
> By 12/4/2020, counsel shall jointly propose a CARES Act finding that would permit the guilty plea proceeding to be conducted remotely, and shall also jointly propose several dates and times when both counsel are available. Defendant Dabbs's deadline to file motions in limine is extended to 12/18/2020.
> SO ORDERED:
> _____
> Vincent L. Briccetti, U.S.D.J.        12/2/2020

**VIA ECF**

Hon. Vincent L. Briccetti
United States District Court Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re: <u>United States v. Jesse Dabbs</u>, 19 Cr. 700 (VB) – Response to Court Order Dated November 30, 2020

Dear Judge Briccetti:

I have spoken with Mr. Dabbs regarding his letter filed by the Court via ECF on November 30, 2020. All issues with Mr. Dabbs have been resolved and no further intervention by the Court is necessary with respect to this matter.

Additionally, I write to inform the Court that Mr. Dabbs, through counsel, has reached an agreement in principle with the government regarding a proposed plea offer. As a result, counsel requests that the Court hold in abeyance for two weeks, motions in limine due on Friday, December 4, 2020, so that the parties may schedule and hold the plea. The government has no objection to this request. Finally, Mr. Dabbs wishes to waive his physical appearance for the hearing and to enter the plea by video conference.

Respectfully Submitted,

Karloff C. Commissiong, Esq.

cc:   AUSA James Lightenberg
      AUSA Shiva Logarajah
      Mr. Jesse Dabbs