```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/9/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
UNITED STATES OF AMERICA           :
                                   :    **AMENDED SCHEDULING**
v.                                 :    **ORDER**
                                   :
JESSE DABBS,                       :    19 CR 700-02 (VB)
                    Defendant.     :
----------------------------------------------------------x

      The scheduling order in this case issued December 4, 2020 (Doc. #193), is amended to the extent of changing the call-in information for accessing the audio feed of the conference, as follows:  Co-counsel, members of the press, and the public may access the audio feed of the conference by calling **(917) 933-2166** and entering **Conference ID 211231307#**.

Dated: December 9, 2020
      White Plains, NY

                                      SO ORDERED:

                                      Vincent L. Briccetti
                                      United States District Judge

1