# ADAMS & COMMISSIONG LLP

ATTORNEYS AT LAW

| | |
|---|---|
| 65 BROADWAY SUITE 715<br>NEW YORK, NY 10006<br>TEL: 212-430-6590<br>FAX: 212-981-3305 | MARTIN E. ADAMS<br>KARLOFF C. COMMISSIONG<br>ADMITTED TO PRACTICE IN NEW YORK<br>WWW.AMCMLAW.COM |

2020

**VIA ECF**

Hon. Vincent L. Briccetti
United States District Court
The Hon. Charles L. Brieant
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-415

> APPLICATION GRANTED
> The guilty plea hearing is adjourned to **12/28/2020 at 2:30 p.m.**, to be conducted by telephone.  Call-in (888) 363-4749. Passcode 1703567. Time is excluded under Speedy Trial Act until that date for the reasons set forth herein.  All deadlines and the 12/23 conference are adjourned without date.
> SO ORDERED
>
> _____
> Vincent L. Briccetti, U.S.D.J. 12/17/2020

Re: <u>United States v. Jesse Dabbs</u>, 19 Cr. 700 (VB) – Request for adjournment of plea

Dear Judge Briccetti:

I write to request an adjournment of today's plea to December 28, 2020.  The government consents to the adjournment.  The plea hearing was originally scheduled for today, December 17, 2020 at 12:00pm.  However, Mr. Dabbs received the plea agreement, (sent via priority mail on December 8, 2020) on December 16, 2020.  Further, because of technical issues involved in scheduling a video conference with Mr. Dabbs at Orange County Jail, counsel was unable to review the plea agreement or superseding information with Mr. Dabbs prior to today's scheduled plea hearing.  After conferring with the Court, counsel requests that the plea be adjourned to December 28, 2020.[1]

Finally, motions in limine are scheduled for December 18, 2020 and a final pre-trial conference is scheduled for December 23, 2020.  We ask that the Court adjourn those dates, in consideration of a plea in this matter.

Respectfully Submitted,

Karloff C. Commissiong, Esq.

cc:  AUSA James Lightenberg
     AUSA Shiva Logarajah
     Mr. Jesse Dabbs

---

[1] The Court has already found, pursuant to an amended Order dated December 9, 2020, that pursuant to the CARES Act, the plea may take place via telephone conference.  <u>See</u> ECF 200.