## ADAMS & COMMISSIONG LLP

### ATTORNEYS AT LAW

| | |
|---|---|
| 65 BROADWAY SUITE 715<br>NEW YORK, NY 10006<br>TEL: 212-430-6590<br>FAX: 212-981-3305 | MARTIN E. ADAMS<br>KARLOFF C. COMMISSIONG<br>ADMITTED TO PRACTICE IN NEW YORK<br>WWW.AMCMLAW.COM |

March 19, 2021

**VIA ECF**

Hon. Vincent L. Briccetti
United States District Court Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re: <u>United States v. Jesse Dabbs</u>, 19 Cr. 700 (VB) – Request for adjournment of sentencing

Dear Judge Briccetti:

I write to request an adjournment of sentencing. The government does not object to this request. Sentencing was originally scheduled for March 29, 2021 at 2:30pm. The defense submission was due today, and the government submission is due March 24, 2021. The additional time would allow me to review and discuss the PSR with Mr. Dabbs and speak with members of his family regarding his history and background, in preparation for sentencing. It should be noted that Mr. Dabbs has not received a copy of the PSR. Mr. Dabbs was moved from Orange County Jail to Dutchess County Jail while the PSR was in transit, and as a result did not receive a copy of the PSR. Finally, after conferring with Chambers, the parties have agreed to an adjourned date of May 7, 2021 at 2:30pm. Accordingly, we request an adjournment of sentencing.

Respectfully Submitted,

Karloff C. Commissiong, Esq.

cc:   AUSA James Lightenberg
      AUSA Shiva Logarajah
      Mr. Jesse Dabbs

---

**APPLICATION GRANTED
SO ORDERED:**

Vincent L. Briccetti, U.S.D.J.
Dated: 3/22/21
White Plains, NY

Sentencing adjourned to 5/7/21 at 2:30 pm